IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR451 |
| | ) | |
| v. | ) | |
| | ) | |
| MARION T. RODRIGUEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue revocation hearing (Filing No. 82). The Court notes plaintiff has no objection. Accordingly,

IT IS ORDERED that the hearing on the petition for warrant or summons for offender under supervision (Filing No. 70) is scheduled for:

**Wednesday, July 10, 2012, at 10 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as it may be reached. If defendant does not complete a residential substance abuse treatment for any reason, the hearing will be expedited.

DATED this 11th day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court