IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:07CR451 |
| | ) | |
| v. | ) | |
| | ) | |
| MARION T. RODRIGUEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's second motion to modify detention conditions (Filing No. 86). The Court notes defendant has been accepted into a residential substance abuse treatment program. Accordingly,

IT IS ORDERED that the motion is granted. Defendant shall be released from custody at the Douglas County Correctional Center to a member of her family to be designated and approved by the United States Probation Office, or to her counsel, to be transported to Santa Monica House, 130 North 39th Street, Omaha, Nebraska, on April 26, 2012, prior to 9 a.m. If defendant does not complete a residential substance abuse treatment for any reason, the hearing on the petition for warrant or summons for offender under supervision will be expedited.

DATED this 23rd day of April, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court